UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATRINA EDMUNDSON,
*on behalf of J.D.*,

    Plaintiff,

v.                                                  CASE NO: 8:10-cv-675-T-26TBM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**O R D E R**

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Thomas B. McCoun, III, in which he recommends affirming Defendant's denial of J.D.'s claim to continued Supplemental Security Income payments.[1] Plaintiff has filed objections[2] and, at the Court's direction,[3] Defendant filed a response.[4]

In light of Plaintiff's specific objections which focus on evidence of medical equivalence supporting the continuation of benefits, the failure of the Administrative Law

---

[1] See docket 13.

[2] See docket 14.

[3] See docket 15.

[4] See docket 16.

Judge to develop the record, and evidence of functional equivalence requiring remand and reversal with an immediate award of benefits, the court has undertaken a *de novo* review of the record as it relates to those three objections. See Macort v. Prem, Inc., 208 Fed.Appx. 781, 784 (11th Cir. 2006) (unpublished) (stating that "[w]here a proper, specific objection to the magistrate's report is made, it is clear that the district court must conduct a *de novo* review of that issue.") (citation omitted). This review consisted of an independent analysis of the factual issues raised by Plaintiff. Id. After engaging in the mandated *de novo* review and determination of those portions of the report to which Plaintiff objected, the Court concludes that the findings and recommendations of Judge McCoun are due to be adopted and Plaintiff's objections overruled.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation of Judge McCoun (Dkt. 13) is adopted, confirmed, and approved in all respects and made a part of this order for all purposes, including appellate review.

2) The Defendant's decision denying J.D.'s claim to continued Supplemental Security Income is affirmed.

3) The clerk is directed to enter judgment for Defendant and to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on September 1, 2011.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record